IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** | : |
| **Plaintiff,** | : |
| vs. | :    **CIVIL ACTION 09-0177-KD-N** |
| **MOBILE COUNTY METRO JAIL,** | : |
| **Defendant.** | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** and **ORDERED** this **4**$^{th}$ day of **August 2009.**

                          /s/ Kristi K. DuBose
                          **KRISTI K. DuBOSE**
                          **UNITED STATES DISTRICT JUDGE**