# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARIO ANDJUAN PEEPLES,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0177-KD-N |
| **MOBILE COUNTY METRO JAIL,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this **4th** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**